IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Pedro Alicea,** | : |
| **Plaintiff,** | : |
| v. | : No. 22-cv-03437-JS |
| **City of Philadelphia, et. al.,** | : |
| **Defendants.** | : |

**Plaintiff's Status Report**

As directed in the Court's Order of April 4, 2025 (ECF 101)[1] plaintiff Pedro Alicea, through counsel, confirms that all matters related to the settlement of this litigation have been resolved and respectfully requests that the Court enter an Order of dismissal pursuant to Local Civ. R. 41.1(b).

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
Grace Harris
KAIRYS, RUDOVKSY, MESSING,
 FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

Emma Freudenberger
Amelia Green
Sophia Villarreal
NEUFELD, SCHECK, BRUSTIN,
 HOFFMANN & FREUDENBERGER
200 Varick Street, Suite 800
New York, NY 10014

*Attorneys for Plaintiff*

---

[1] Due to an inadvertent omission by counsel, plaintiff is filing this report one business-day late. Counsel apologizes to the Court for the delay.